Morris A. Shenker, St. Louis, Mo., for appellant.

D. Jeff Lance, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee

NORTH AMERICAN VAN LINES, INC., Appellant,

v.

AERO MAYFLOWER TRANSIT COM-PANY, Inc., et al.

No. 16888.

United States Court of Appeals
Eighth Circuit.

Jan. 17, 1962.

William J. Burrell, Kansas City, Mo., for appellant.

Sam D. Parker, Kansas City, Mo., for appellee-Aero Mayflower and James L. Beatty.

Halvor MOOLENAAR, Appellee,

v.

Felix LA MOTHE, Appellant.

No. 13545.

United States Court of Appeals
Third Circuit.

Argued Jan. 30, 1962.

Decided Feb. 13, 1962.

James A. Richards, Jr., Charlotte Amalie, St. Thomas, V. I., for appellant.

Everett B. Birch, Charlotte Amalie, St. Thomas, V. I., for appellee.

Before WOODBURY,* GANEY and SMITH, Circuit Judges

PER CURIAM.

Upon review of the record we find no error. The judgment of the District Court is affirmed.

William Ernest JENKINS, Appellant,

v.

UNITED STATES of America, Appellee.

No. 18783.

United States Court of Appeals
Fifth Circuit.

Feb. 12, 1962.

William Ernest Jenkins, in pro. per.

Charles L. Goodson, U. S. Atty., J. Robert Sparks, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before CAMERON and WISDOM, Circuit Judges, and THOMAS, District Judge.

PER CURIAM.

On August 16, 1961, we filed an opinion reversing the judgment of the United States District Court for the Northern District of Georgia and remanding the case for the re-sentencing of appellant William Ernest Jenkins, 5 Cir., 293 F.2d 96; and on December 29, 1961, we entered an order denying appellee's petition for rehearing. These steps were taken on the assumption that they were required by recent decisions of the Supreme Court of the United States, Green v. United States, Feb. 27, 1961, 365 U.S. 301, 81 S.Ct. 653, 5 L.Ed.2d 670, and Van

* Sitting by assignment.